## MERITAGE REAL ESTATE DEVELOPMENT GROUP, INC., Appellant,

v.

## Andrie F. GRIMAUD and Michael R. Marquardt, Appellees.

No. 2007–1090.

United States Court of Appeals, Federal Circuit.

March 2, 2007.

### ORDER

Order Vacated, See 2007 WL 1581491.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## INTERNATIONAL DATA PRODUCTS CORP., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant– Cross Appellant.

No. 2006–5083, 2006–5094.

United States Court of Appeals, Federal Circuit.

March 2, 2007.

### ORDER

Order Vacated, See 2007 WL 930734.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## LOUIS B. FINE FAMILY, LLC, Appellant,

v.

## John E. POTTER, Postmaster General, Appellee.

No. 2006–1529.

United States Court of Appeals, Federal Circuit.

March 2, 2007.

### ORDER

Order Vacated, See 2007 WL 1191809.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.